**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JASUR MAVLONOV,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1480-G** |
| | ) | |
| **CHRIS GANTT, Warden, Cimarron Correctional Facility, et al.,** | ) | |
| | ) | |
| | ) | |
| **Respondents.** | ) | |

# ORDER

Now before the Court is Petitioner Jasur Mavlonov's Notice of Voluntary Dismissal (Doc. No. 16), filed through counsel on November 12, 2026, and seeking dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Because Respondents have answered the petition, Petitioner's filing—which is not signed by Respondents' counsel—is not effective to dismiss the action without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The Court therefore construes Petitioner's Notice of Voluntary Dismissal as a motion seeking dismissal without prejudice pursuant to Rule 41(a)(2). *See id.* R. 41(a)(2), 81(a)(4).

IT IS ORDERED that Respondents shall file any objection to Petitioner's request within seven (7) days of the date of this Order.

IT IS SO ORDERED this 16th day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge